UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:23-cv-00140-MOC

| | |
|---|---|
| KIANA SMITH, <br><br> Plaintiff, <br><br> v. <br><br> CHECKR, INC., <br><br> Defendant. | **ORDER** |

Having reviewed the Joint Stipulation to Stay Proceedings Pending Arbitration, and good cause appearing, it is hereby

**ORDERED** that the Joint Stipulation to Stay Proceedings Pending Arbitration is **GRANTED**; and it is further

**ORDERED** that Plaintiff's claims in this are hereby **STAYED** pending arbitration with Defendant, Checkr, Inc. The parties shall submit a status report 90 days from the date of this Order and every 90 days thereafter.

**SO ORDERED.**

Signed: May 15, 2023

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge